

# NUMBERS 13-14-00713-CV & 13-14-00714-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE NATIONAL LLOYDS INSURANCE COMPANY

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Order Per Curiam

Relator, National Lloyds Insurance Company, filed a petition for writ of mandamus in the above causes on December 15, 2014 through which it contends that the trial court abused its discretion by: (1) ordering relator to produce "all management reports and accompanying emails used to manage its internal financial and personnel information when those reports admittedly are irrelevant to an insured's claim that they were underpaid on their hailstorm damage"; and (2) sanctioning relator for refusing to produce the irrelevant reports "when the reports are not discoverable, and the basis for sanctions was an affidavit introduced for the first time at the hearing and not subject to cross-

examination." The Court requests that the real parties in interest, identified in this original proceeding as "[p]laintiffs represented by the Mostyn Law Firm in this MDL litigation, titled *In re March 29, 2012 and April 20, 2012 Hail Storm Litigation*," arising from cause numbers MDL-13-0123 and MDL-13-0130, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus in these cause numbers on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
17th day of December, 2014.